# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BEN GONZALEZ AND IDA GONZALEZ, *Plaintiffs*, | §<br>§<br>§<br>§ | |
| *v.* | §<br>§ | SA-24-CV-01124-XR |
| THE CITY OF SAN ANTONIO; WILLIAM McMANUS, Individually and as CHIEF OF THE SAN ANTONIO POLICE DEPARTMENT; DETECTIVE BRIAN BELCHER #2475, Individually, *Defendants,* | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## DEFENDANTS' BRIAN BELCHER AND MISTY HODGE'S JOINT NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF PLAINTIFFS' EXPERT DANIEL J. BROWN

TO:     Plaintiffs and Plaintiffs' Expert Daniel J. Brown,
        By and through Plaintiffs' attorney of record
        as identified below in the Certificate of Service,

Pursuant to the Federal Rules of Civil Procedure, Defendants, Brian Belcher and Misty Hodge, serve this their Joint Notice of Intention to take the Oral Deposition of Plaintiff's Retained Expert, **DANIEL J. BROWN.** The deposition will be taken by oral examination and answers, which may be used as testimony at the trial of the above-numbered and entitled cause on **January 26, 2026, at 8:30 a.m. at Depo Idaho, 702 W. Main St., Suite 1100, Boise, Idaho, 83702,** and continuing until completed. Said deposition will be taken before a court reporter who is authorized by the Federal Rules of Civil Procedure. The deposition will be offered by Zoom or other video teleconferencing method to counsel who are unable to attend in person.

Participants' contact information:

1

| | |
|---|---|
| **Witness:** | **Daniel J. Brown**<br>Email: clientservices@EvidenceSolutions.com |
| **Plaintiffs' counsel:** | Roy Barrera III<br>Email: rbarrera@thebarrerafirm.com<br>Loren A. Raiford, Jr.<br>Email: lraiford@thebarrerafirm.com |
| **Defendant City of San Antonio's counsel:** | Elizabeth Guerrero-Southard<br>Email: Elizabeth.Guerrero-Southard@sanantonio.gov |
| **Defendant Brian Belcher's counsel:** | Mark Kosanovich<br>FITZPATRICK & KOSANOVICH, P.C.<br>(210) 408-6793<br>Email: mk@fitzkoslaw.com |
| **Defendant Misty Hodge's counsel:** | Laura Flores Macom<br>LANGLEY & BANACK, INC.<br>(210) 736-6600<br>Email: lmacom@langleybanack.com |

Pursuant to the Federal Rules of Civil Procedure, **DANIEL J. BROWN,** is hereby requested to produce the following documents at or before the time designated herein for the taking of his deposition:

## SUBPOENA DUCES TECUM

1.  All records, data, documents, and/or other tangible items reviewed and/or relied upon by the witness in connection with any and all opinions that the witness may offer in this lawsuit.

2.  All textbooks, articles, treatises or other literature which were reviewed, relied upon or considered by the witness, in connection with any and all opinions that the witness may offer in this lawsuit.

3.  All notes, reports, summaries, notations or any other written material prepared by or on behalf of the witness in connection with his review and/or any and all of the opinions that he may offer with respect to this case.

4.  All pleadings, depositions and/or interrogatory answers filed on behalf of or given by the witness as a defendant in a lawsuit.

5.   All documents which reflect the amount of time expended by the witness in connection with this lawsuit.

6.   All documents which reflect the amount of income generated or charges billed by the witness in connection with his services as an expert witness in this lawsuit.

7.   Copies of any photographs, video recordings, and/or audio recordings reviewed or relied upon by the witness in connection with the formation of his opinions in this lawsuit.

8.   All documents provided to the witness in connection with his service as an expert witness in this case.

9.   A current copy of the witness's curriculum vitae.

10.  A current copy of the witness's deposition and trial testimony in the four (4) year period preceding his designation in this case and up through the present time.

11.  A copy of any transcript of such deposition and/or trial testimony given by the expert in the past four (4) year period preceding his designation in this case and up through the present time.

12.  A complete copy of the witness's expert file in this matter, including but not limited to the raw data, methodology, and results of any testing or review conducted on Plaintiffs' gaming machines or software, or otherwise relative to this litigation, and any data, information, or tangible things upon which the witness relied to arrive at his opinions and conclusions in this matter.

Respectfully submitted,
**LANGLEY & BANACK, INC.**
Trinity Plaza II
745 E. Mulberry Ave., Ste 700
San Antonio, TX  78212
Telephone:  (210) 253-7158
Email:  lmacom@langleybanack.com

LAURA FLORES MACOM
SBN:  24002512

**ATTORNEY FOR DEFENDANT**
**MISTY HODGE**

3

And

Mark Kosanovich
**FITZPATRICK & KOSANOVICH, P.C.**
P.O. Box 831121
San Antonio, Texas 78283-1121
Telephone: (210) 408-6793
Facsimile: (210) 408-6797
Email: mk@fitzkoslaw.com
**ATTORNEY FOR DEFENDANT
BRIAN BELCHER**

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2026, I served this document via email to all counsel listed below:

| | |
|---|---|
| Roy Barrera III<br>rbarrera@thebarrerafirm.com<br>Loren A. Raiford, Jr.<br>lraiford@thebarrerafirm.com<br>The Barrera Law Firm<br>424 E. Nueva Street<br>San Antonio, Texas 78205<br><br>Elizabeth Guerrero-Southard<br>Elizabeth.Guerrero-Southard@sanantonio.gov<br>Assistant City Attorney<br>The Office of the City Attorney<br>Litigation Division<br>International Center<br>203 South St. Mary's Street, 2nd Floor<br>San Antonio, Texas 78205<br><br>Mark Kosanovich<br>mk@fitzkoslaw.com<br>Fitzpatrick & Kosanovich, PC<br>PO Box 831121<br>San Antonio, Texas 78283-1121 | |
| | _/s/ *Laura Flores Macom*_____<br>LAURA FLORES MACOM |

4